```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 06-136

TERRY ZURBORG                                          PLAINTIFF

VS.                         **JUDGMENT**

LINDA S. McMAHON
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT


Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ADJUDGED** that the motion of plaintiff for summary judgment (Doc. #10) be, and it is, hereby **granted** and that this action be, and it is, hereby **remanded to the Commissioner** for further proceedings.

This 28th day of February, 2007.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

1